U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 FEB 23  AM 9: 32

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
ex rel. Amy Beth Main, )
 )
      Plaintiff, )
 )
v. ) Civil No. 2:16-cv-40
 )
BRATTLEBORO MEMORIAL )
HOSPITAL, INC., )
 )
      Defendant. )

### UNITED STATES' NOTICE OF SETTLEMENT

The United States hereby notifies the Court that the parties have executed a settlement agreement. Under the terms of the agreement, the United States and Relator, Amy Beth Main, intend to file a Joint Stipulation of Dismissal following the payment of the settlement amount.

Dated:  February 22, 2018                  Respectfully submitted,

                                                    **UNITED STATES OF AMERICA**

                                                    CHRISTINA E. NOLAN
                                                    United States Attorney

                                                    By: _____
                                                    OWEN C.J. FOSTER
                                                    Assistant United States Attorney
                                                    P.O. Box 570
                                                    Burlington, Vermont 05402-0570
                                                    (802) 951-6725
                                                    Owen.C.J.Foster@usdoj.gov